# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-14-00036-CV

**Frank Keathley, Individually and dba Top Shelf Antiques**

**v.**

**J.J. Investment Company, L.T.D.**

(No. 10,072 IN 62ND DISTRICT COURT OF FRANKLIN COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | JACKIE GROVES |
| MOTION FEE | $10.00 | E-PAID | DEBRA HURST |
| MOTION FEE | $10.00 | E-PAID | JACKIE GROVES |
| MOTION FEE | $10.00 | E-PAID | JACKIE GROVES |
| REPORTER'S RECORD | $482.50 | PAID | MR. LARRY WRIGHT |
| CLERK'S RECORD | $312.00 | PAID | LARRY WRIGHT AND TRAVIS CLARDY |
| STATEWIDE EFILING FEE | $20.00 | PAID | LARRY R. WRIGHT |
| INDIGENT | $25.00 | PAID | LARRY R. WRIGHT |
| FILING | $100.00 | PAID | LARRY R. WRIGHT |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | LARRY R. WRIGHT |
| MOTION FEE | $10.00 | E-PAID | DEBRA HURST |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this September 9, 2015.

**DEBRA AUTREY, CLERK**

By _____
Deputy